# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

SHELLY DONNELLY-TOVAR

V.

SELECT PORTFOLIO SERVICING, INC.

CASE NUMBER: 8:12-CV-203

## SUMMONS IN A CIVIL CASE

TO:        (Name and address of Defendant)

SELECT PORTFOLIO SERVICING, INC.;
C/O ITS REGISTERED AGENT,
CSC-LAWYERS INCORPROATING SERVICE
SUITE 1900
233 SOUTH 13TH ST
LINCOLN, NE  68508

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) Or (3)—you must serve on the plaintiff an answer to the attached complaint or motion under Rule 12 of the federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pamela A. Car
Car & Reinbrecht, P.C., L.L.O.
8720 Frederick St. #105
Omaha, NE  68124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Date: 6/18/2012

CLERK OF THE COURT:

Signature of clerk or deputy clerk

# LANCASTER COUNTY SHERIFF'S OFFICE
Lincoln, Nebraska   68508
Process Service Return
Of Sheriff's Paper # 212369 to   UNITED STA County      DISTRICT Court
**Docket 812CV Page 203**

| | | | |
|---|---|---|---|
| Received 06/19/2012 | Returned 06/22/2012 | Service and Return   $   18.00 Copy | |
| | | Mileage                         .59 | |
| Type of Process | | Miscellaneous | |
| **SUMMONS** | | Total Fees              $   18.59 | |
| Copy of COMPLAINT | | | |
| JURY DEMAND NOTICE | | Paid by CAR & REINBRECHT PC LLO | |
| | | Attorney Code | |
| | | Witness Fee Paid      $ | |
| | | Clerk Fee Paid        $ | |

===========================================================================

| Plaintiff | Defendant |
|---|---|
| DONNELLY TOVAR        , SHELLY | SELECT PORTFOLIO SER , |

===========================================================================

PARTY    TYPE OF SERVICE                DATE & TIME SERVED BY
\ /       \ /                            \ /                \ /
\ /        *                             *                   *
 *       PERSONAL                        06/22/2012 , 1109   A BOLZER
**SELECT PORTFOLIO SERVICING INC**
233 S 13TH ST STE 1900           By leaving with
                                 TIFFANY MEYER/RECEPTIONIST 10/31/8

-----------------------------------------------------------------------------

I hereby certify that at the time and in the manner herein stated, I
served the within writ, together with copies shown, on the herein named
party(s) a true and certified copy thereof with all endorsements there
on, or returned said writ unserved in the prescribed manner.
All done in Lancaster County, Nebraska, as required by law.

TERRY T. WAGNER, SHERIFF          By _____