IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHELLY DONNELLY-TOVAR, On behalf of herself and all others similarly situated;<br><br>            Plaintiff,<br><br>       vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>            Defendant. | 8:12CV203<br><br>**MEMORANDUM AND ORDER** |

After conferring with the parties,

   IT IS ORDERED:

1)   The deadline for completing all discovery relevant to plaintiff's anticipated motion for class certification is July 15, 2013.

2)   The deadline for filing plaintiff's anticipated Motion for Class Certification, and defendant's anticipated Motion for Change of Venue is August 15, 2013.

May 10, 2013.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge