IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHELLY DONNELLY-TOVAR, On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>Defendant. | 8:12CV203<br><br>**ORDER DISMISSING CASE** |

## ORDER DISMISSING CASE

Upon consideration of the parties' Stipulation of Dismissal and for good cause shown, it is hereby ORDERED that this action is dismissed with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class. Each party shall bear its own attorneys' fees, expenses, and costs, with all parties waiving their rights of appeal.

IT IS SO ORDERED.

BY THE COURT:

DATED: November 25, 2013

s/ Joseph F. Bataillon
United States District Court Judge